# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **GREGORY C. BELL,** | } | |
| **Plaintiff,** | } | |
| v. | } | 4:17-cv-1074-KOB |
| **UNITED OF OMAHA LIFE INSURANCE COMPANY,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, DISMISSES this case WITHOUT PREJUDICE. The court retains jurisdiction of this action to reinstate the case if any party represents to the court **on or before January 17, 2018** that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 17th day of November, 2017.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE