FILED
2017 Dec-06 AM 11:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **GREGORY C. BELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **4:17-CV-1074-KOB** |
| | ) | |
| **UNITED OF OMAHA LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Gregory C. Bell and Defendant United of Omaha Life Insurance Company, by and through their respective counsel, and stipulate to the dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties will bear their own costs, expenses and attorneys' fees.

Respectfully submitted this ____ day of December, 2017.

_____
NICK A. ORTIZ
(*Admitted pro hac vice*)

ORTIZ LAW FIRM
823 E. Jackson Street
Pensacola, Florida 32501

(850) 308-7833
nick@nickortizlaw.com

JOHN M. PENNINGTON

OF COUNSEL:
1023 Edenton Street
Birmingham, Alabama  35242
(205) 314-5735
jmplaw@usa.net

Attorneys for Plaintiff Gregory C. Bell

JOHN S. JOHNSON
Bar ID ASB-7114-H67J

OF COUNSEL:
HAND ARENDALL LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone:  (205) 324-4400
E-mail:      jjohnson@handarendall.com

HENRY T. MORRISSETTE
Bar ID ASB-7622-E54H
PAUL T. BECKMANN
Bar ID ASB-0493-U83B

OF COUNSEL:
HAND ARENDALL LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone:  (251) 432-5511
E-mail:      hmorrissette@handarendall.com
             pbeckmann@handarendall.com

Attorneys for Defendant United of Omaha
Life Insurance Company

2